IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20469
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GRACE ENGLISH,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-92-H-205-1
- - - - - - - - - -
April 18, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Grace English has appealed the district court's order revoking her probation. English contends that she was not provided with adequate notice of the law violation alleged in the revocation petition. We have carefully reviewed the record and the arguments of the parties and hold that English has not shown that her due process rights were violated or that the district court abused its discretion in revoking her probation. See United States v. Evers, 534 F.2d 1186, 1187-88 (5th Cir.), cert. denied, 429 U.S. 1024 (1976).

AFFIRMED.

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.